# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ESTHER NJOROGE, et al. * | |
|     Plaintiffs, * | |
| * | |
| v. * | Civil Action Number: <u>1:22-cv-00425-ADC</u> |
| * | |
| PRIMACARE PARTNERS LLC, et al. * | |
|     Defendant. * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, Rosa Strong and Andrena Carter, respectfully request leave to file an Amended Complaint in this case and state:

1. On February 21, 2022, the former four named Plaintiffs filed the Complaint in this case against the Defendants alleging for failing to pay minimum and overtime wages under the FLSA, Maryland Wage and Hour Law ("MWHL"), and Maryland Wage Payment and Collection Law ("MWPCL").

2. Plaintiffs filed a Motion for Conditional Certification of an FLSA Collective Action on July 18, 2022. (ECF No. 34) The Motion for Conditional Certification was approved by the Court on September 26, 2022. (ECF No. 42) Per the Court's Order (ECF No. 43) the opt-in period ended on February 13, 2023.

3. On December 1, 2023, the Parties participated in a voluntary settlement conference presided over by United Stats Magistrate Judge A. David Copperthite and an agreement was reached to resolve the claims of the four former named Plaintiffs, Esther Njoroge, Ebun Olajide, Jecinta Maina, and Joyce Stubbs, as well as 19 Opt-in Plaintiffs represented by Plaintiffs' Counsel.

4. The claims of Opt-in Plaintiffs Rosa Strong and Andrena Carter were not resolved in the settlement.

5. On February 5, 2024, Plaintiffs filed a Notice of Voluntary Dismissal for the Plaintiffs whose claims were resolved in the settlement. (ECF No. 136) The Court approved the dismissal on the same day. (ECF No. 138)

6. The claims of Opt-in Plaintiffs Rosa Strong and Andrena Carter were not dismissed by the Voluntary Dismissal.

7. Opt-in Plaintiffs Rosa Strong and Andrena Carter now seek leave of the Court to file an Amended Complaint identifying them as named Plaintiffs in this case.

8. The proposed Amended Complaint is attached hereto as Exhibit A, with a redline copy showing all edits is attached hereto as Exhibit B.

9. On February 7, 2024, Plaintiffs' Counsel sent a copy of the proposed Amended Complaint, with all edits in redline, to Defendants, and requested Defendants' consent to file the proposed Amended Complaint.

10. On February 8, 2024, Defendants, through Defendants' Counsel, consented to the filing of the Amended Complaint.

WHEREFORE, Plaintiffs Rosa Strong and Andrena Carter respectfully request that they be granted leave to file the proposed Amended Complaint.

Respectfully submitted,

　　/s/
Stephen B. Lebau, (Bar No. 07258)
Devan M. Wang, (Bar No. 30211)
LEBAU & NEUWORTH, LLC
502 Washington Ave, Ste 720
Towson, Maryland 21204
T: (443) 273-1207 | Fax: (410) 296- 8660
dw@joblaws.net | sl@joblaws.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on a copy of this Motion was served on Counsel for Defendants via CM/ECF e-filing.

Date: February 12, 2024.            _____/s/_____
                      Devan M. Wang, (Bar No. 30211)