IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| ANDRENA CARTER and ROSA STRONG,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMACARE PARTNERS LLC d/b/a VISITING ANGELS OF EAST BALTIMORE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 22-cv-425-ADC<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon due consideration of the Joint Motion for Approval of Settlement Agreement, and for good cause showing, the Joint Motion is GRANTED.

Date: 14 June 2024

_____
A. David. Copperthite
U.S. Magistrate Judge